UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Newport News

**LEE HICKLIN,**

                    Plaintiff(s),

  **v.**

                                                                                        Civil No.  4:21cv34

**CITY OF HAMPTON,**

                    Defendant(s).

### JUDGMENT IN A CIVIL CASE

**Decision by the Court.**  This action came for decision before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** Defendant's Motion to Dismiss, ECF No. 4, is GRANTED.

DATED:  12/20/2021                        FERNANDO GALINDO, Clerk

                                                                   By        /s/
                                                                           E. Price, Deputy Clerk